# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2021

## NO. 03-21-00010-CV

**Lampasas Independent School District, Appellant**

**v.**

**Mike Morath, the Honorable Commissioner of Education for the State of Texas; Bellpas, Inc.; and Copperas Cove Independent School District, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on October 6, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.